No. D–342. IN RE DISBARMENT OF BAKER. It is ordered that John David Baker, of Rochester, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–343. IN RE DISBARMENT OF MCGRATH. It is ordered that Thomas Francis McGrath, Jr., of Seattle, Wash., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–344. IN RE DISBARMENT OF STROH. It is ordered that Hugh William Stroh, of Bellevue, Wash., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–345. IN RE DISBARMENT OF WALGREN. It is ordered that Gordon Lee Walgren, of Bremerton, Wash., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 81–1044. UNITED STATES POSTAL SERVICE BOARD OF GOVERNORS v. AIKENS, 460 U. S. 711. Motion of respondent to retax costs denied. JUSTICE BLACKMUN would grant this motion.